# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-1690
_____

GUSTAVO LOPEZ-VELOZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

June 25, 2018

PER CURIAM.

AFFIRMED.

LEWIS, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gustavo Lopez-Veloz, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.